SAMUEL M. STRONG, Appellant and Respondent, *v.* EDWARD V. GAMBIER, Trustee, Individually and as Executor of CHARLES H. GREEN, Deceased, et al., Appellants, and MERCHANTS EXCHANGE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.

*Strong* v. *Gambier*, 155 App. Div. 294, affirmed.
(Argued May 13, 1915; decided June 8, 1915.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to have a written instrument of Lilla A. Green, deceased, in form a deed to a trustee, adjudged a mortgage, not an absolute conveyance, and to have determined the amount of any mortgage indebtedness outstanding which the plaintiff, as devisee of Lilla A. Green, must pay to redeem, and to have the legal title, which, under the form of the mortgage (and its having been erroneously recorded as a deed), is in the defendant Gambier, trustee, made over to the plaintiff on such redemption.

*John McG. Goodale, Bert Hanson* and *Helen Potter* for plaintiff, appellant and respondent.

*Joab H. Banton* and *Charles A. Boston* for Edward V. Gambier, appellant.

*John H. McCrahon* for heirs of Lilla A. Green, appellant.

*Elihu Root, Jr.,* and *Silas W. Howland* for Merchants Exchange National Bank, respondent.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.